# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim,<br><br>Plaintiff,<br><br>v.<br><br>OCEANIC FRESNO, LP, a California limited partnership dba Rodeway Inn & Suites,<br><br>Defendant. | Case No. 1:18-cv-00155-AWI-EPG<br><br>**ORDER ON STIPULATION TO FILE AMENDED COMPLAINT**<br><br>(ECF No. 11) |

On July 17, 2018, the parties filed a Stipulation to File Amended Complaint. (ECF No. 11). Therefore, pursuant to Federal Rule of Civil Procedure 15(a)(2), Plaintiff may file the amended complaint attached as Exhibit 1 to the Stipulation. Defendant shall file a responsive pleading or other Rule 12(b) motion in response to the amended complaint within ten (10) court days of this Order.

IT IS SO ORDERED.

Dated: **July 18, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1