Peter Kristofer Strojnik, State Bar No. 242728
pstrojnik@strojniklaw.com
**THE STROJNIK FIRM LLC**
**A LIMITED LIABILITY COMPANY**
Esplanade Center III, Suite 700
2415 East Camelback Road
Phoenix, Arizona 85016
Telephone:  (602) 510-9409
Facsimile:   (602) 773-0370

Attorneys for Plaintiff THERESA BROOKE

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE, a married woman dealing with her sole and separate claim, | Case No: 1:18-cv-00155-AWI-EPG |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| OCEANIC FRESNO, LP, a California limited partnership dba Rodeway Inn & Suites, | |
| Defendant. | |

Please take notice that the parties, through their counsel, settled the above case; they anticipate filing closing papers in the coming weeks.

DATED this 17th day of October, 2018.

_____
Peter Kristofer Strojnik (242728)
Attorneys for Plaintiff